Garrett Charity, Esq.
Garrett.Charity@MccarthyLawyer.com
McCarthy Law PLC
9200 E. Pima Center Pkwy. Ste. 300
Scottsdale, AZ 85258
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER ARGUETA,<br><br>    Plaintiff,<br><br>v.<br><br>FINWISE BANK; GRAIN TECHNOLOGY, INC.; TRANSUNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No.: 5:25-cv-01050-KK-SP<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days.  Plaintiff's claims against TransUnion, LLC remain pending.

    Respectfully submitted July 16, 2025.

                                     */s/Garrett Charity*
                                       Garrett Charity, Esq.
                                       McCarthy Law, PLC
                                       9200 E. Pima Center Pkwy. Ste. 300

Scottsdale, AZ 85258
Telephone: (602) 456-8900
Fax: (602) 218-4447
Garrett.Charity@mccarthylawyer.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Garrett Charity*